IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADJOH DORCAS MANOU EPSE ASSOKO,<br><br>Defendant. | Case No. 1:24-mj-254 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Alissa Thayer, a Special Agent with the Federal Bureau of Investigation ("FBI"), being first duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging Adjoh Dorcas Manou Epse Assoko ("**ADJOH**") with international parental kidnapping, in violation of 18 U.S.C. § 1204(a).

2. I am a Special Agent with the FBI and have been so employed since 2023. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.

3. I am currently assigned to the Washington Field Office Child Exploitation and Human Trafficking Task Force located at the Northern Virginia Resident Agency. As part of my duties as an FBI agent, I am responsible for investigating crimes against children, to include kidnappings, sexual exploitation of minors, and human trafficking of minors and adults. As a result of my training and experience, I am familiar with the tactics, methods, and techniques utilized by

those who commit such crimes. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

4.  Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 1204 (International Parental Kidnapping), have been committed by Adjoh Dorcas Manou Epse Assoko.

5.  I have participated in the investigation of the offenses set forth below. The facts and information contained in this affidavit are based on my personal knowledge and information obtained from other law enforcement officers and witnesses, as well as my training and experience. All observations referenced in this affidavit that were not personally made by me were relayed to me by the person(s) who made such observations or in reports that detailed the events described by that person(s). This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

6.  In August 2023, **ADJOH** and John Franklin Assoko ("John"), who were then legally married, gave birth to a daughter, A.G.A, in the District of Columbia. At the time, **ADJOH** and John were residing in Montgomery County, Maryland.

7.  **ADJOH** filed for divorce from John in December 2023 in the Circuit Court for Montgomery County, Maryland. Those proceedings are ongoing.

8.  On April 11, 2024, **ADJOH** obtained a protective order against John from the Montgomery County District Court on the ground of orally threatened violence. The protective order awarded custody of A.G.A. to **ADJOH**. The protective order also stated, "visitation with

[A.G.A.] is awarded to [John]. It is to occur Every FRIDAY AT APPROXIMATELY 4:30 PM UNTIL SUNDAY AT APPROXIMATELY 3:00 PM."

9. On April 30, 2024, **ADJOH** and A.G.A. flew from Washington Dulles International Airport, Virginia, located in Fairfax County, to France and then to Cote D'Ivoire. **ADJOH** did not inform John that she was leaving the country with A.G.A. and did not contact him thereafter.

10. On May 3, 2024, at the time John's next scheduled visitation window was to take place, **ADJOH** and A.G.A. had not returned to the United States, thereby frustrating John's ability to exercise the visitation rights afforded to him in the Montgomery County protective order.

11. On May 7, 2024, John filed with the Circuit Court for Montgomery County an Emergency Motion for Writ of Ne Exeat and for Temporary Sole Custody of the Minor Child.

12. On May 9, 2024, the Montgomery County Circuit Court held a hearing on that motion, which **ADJOH**, who had not returned to the United States with A.G.A., attended via Zoom. At the conclusion of the hearing, the court entered an order granting John "temporary primary physical custody of the minor child, [A.G.A.] until further Order of this Court."

13. On June 19, 2024, **ADJOH** flew from Cote D'Ivoire to France and then to Washington Dulles International Airport. At that time, **ADJOH** was aware that the Montgomery County Circuit Court's order awarded physical custody to John, but she traveled without A.G.A., who was left in the care of family members in Cote D'Ivoire.

14. The FBI learned that **ADJOH** booked a flight out of Washington Dulles International Airport for June 26, 2024, departing at 6:25 p.m. At approximately 4.36 p.m. on June 26, 2024, before **ADJOH** could board her flight, your affiant and a fellow agent conducted a probable cause arrest at Dulles airport. During the interrogation subsequent to her arrest, **ADJOH**

waived the right to counsel and spoke with the agents. **ADJOH** told the agents that A.G.A. was currently in Cote D'Ivoire with relatives but refused to tell the agents the names of the relatives or A.G.A.'s location within Cote D'Ivoire.

## CONCLUSION

15. Based on the facts above, I respectfully submit that there is probable cause to believe that on or about April 30, 2024, and continuing through the date of this affidavit, in Fairfax County, within the Eastern District of Virginia and elsewhere, **ADJOH** removed A.G.A. from the United States, and is retaining A.G.A. outside the United States with intent to obstruct the lawful exercise of parental rights, in violation of Title 18, United States Code, Section 1204.

16. Accordingly, I request that a complaint be issued charging Adjoh Dorcas Manou Epse Assoko with such offense.

Respectfully submitted,

Alissa Thayer
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with
Fed. R. Crim. P. 4.1 by telephone on
June 27, 2024.

The Honorable William B. Porter
United States Magistrate Judge